CHARLES VOGEL, PETITIONER-RESPONDENT, v. RED STAR EXPRESS LINES, RESPONDENT-PETITIONER.

See same case below: 73 *N. J. Super.* 534.

*Mr. John W. Taylor* for the petitioner.

*Mr. Aaron Gordon* for the respondent.

June 29, 1962.   Granted.

HORACE W. BLANCK, *ET AL.*, APPELLANTS-PETITIONERS, v. MAYOR AND BOROUGH COUNCIL OF MAGNOLIA, *ET AL.*, RESPONDENTS-RESPONDENTS.

See same case below: 73 *N. J. Super.* 306.

*Messrs. Richman & Berry* for the petitioners.

*Mr. Norman Heine* and *Mr. Samuel B. Helfand* for the respondents.

June 29, 1962.   Granted.